UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID LIEBLICH,
                       Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, LLC; and
HYUNDAI MOTOR FINANCE d/b/a Hyundai
Capital America;
                       Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

19 CV 6616 (VB)

        The Court has been advised plaintiff and defendant Trans Union, LLC ("Trans Union") have settled. Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, as to Trans Union only. Any application to restore the action must be made by no later than February 24, 2020. To be clear, any application to restore the action must be filed by February 24, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

        The Clerk is instructed to terminate defendant Trans Union.

Dated: January 22, 2020
       White Plains, NY

                                  SO ORDERED:

                                  Vincent L. Briccetti
                                  United States District Judge