UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID LIEBLICH,

     Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
LLC; and HYUNDAI MOTOR FINANCE d/b/a
Hyundai Capital America;

     Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

19 CV 6616 (VB)

  The Court has been advised plaintiff and defendants Equifax Information Services, LLC ("Equifax") and Experian Information Solutions, LLC ("Experian") have settled. Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, as to Equifax and Experian only. Any application to restore the action must be made by no later than March 30, 2020. To be clear, any application to restore the action must be filed by March 30, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

  The Clerk is instructed to terminate defendants Equifax and Experian.

Dated: January 29, 2020
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge