IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DAVID LIEBLICH,

                Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., HYUNDAI MOTOR FINANCE,

                Defendants.

Civil Case Number:  7:19-cv-06616-PMH

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 29, 2020 Stipulation of Dismissal, all claims asserted against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC. only** in Civil Action No. **7:19-cv-06616-PMH**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __22nd__ **day of** __June__, 2020.

_____
HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE