**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

---

| | |
|---|---|
| DAVID LIEBLICH,<br>              Plaintiff, | Case No.  7:19-cv-06616-VB<br>ECF Case |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC;<br>TRANSUNION, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.; and<br>HYUNDAI MOTOR FINANCE d/b/a<br>HYUNDAI CAPITAL AMERICA;<br>              Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

---

Plaintiff David Lieblich, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff David Lieblich against Defendant Trans Union, LLC only are dismissed, with prejudice.  Plaintiff David Lieblich  and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  June 22, 2020                              _____

Philip M. Halpern, U.S.D.J.
United States District Court, Southern
District of New York

DISTRIBUTION TO:

| | |
|---|---|
| Yitzchak Zelman, Esq.<br>yzelman@marcuszelman.com | Boris Brownstein, Esq.<br>bbrownstein@clarkhill.com |
| Geoffrey G. Young, Esq.<br>gyoung@reedsmith.com | Stephanie H. Jones, Esq.<br>shjones@jonesday.com |
| Camille R. Nicodemus, Esq.<br>cnicodemus@schuckitlaw.com | |