IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LIEBLICH,<br><br>            Plaintiff,<br><br>    -v-<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., HYUNDAI MOTOR FINANCE d/b/a HYUNDAI CAPITAL AMERICA,<br><br>            Defendants. | Civil Case Number:  7:19-cv-06616-PMH |

**~~[PROPOSED]~~ DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 5, 2020 Stipulation of Dismissal, all claims asserted against last remaining Defendant **HYUNDAI MOTOR FINANCE d/b/a HYUNDAI CAPITAL AMERICA** in Civil Action No. **7:19-cv-06616-PMH**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS __6th__ day of November 2020.

_____
HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE